■ TERENCE WINTERS et al., Respondents, v UNILAND DEVELOPMENT CORPORATION et al., Defendants, and BUREAU VERITAS CONSUMER PRODUCTS SERVICES, INC., Appellant. [942 NYS2d 843]—Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered October 12, 2011 in a personal injury action. The order, insofar as appealed from, denied the motion of defendant Bureau Veritas Consumer Products Services, Inc. for summary judgment.

Now, upon the stipulation discontinuing action signed by the attorneys for the parties on March 27, 2012, and filed in the Erie County Clerk's Office on March 28, 2012,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Smith, Fahey, Carni and Sconiers, JJ.

■ MARIA BERRY, Appellant, v ANGELO CHIODO HEATING & AIR CONDITIONING, Respondent. [944 NYS2d 713]—Appeal from an order of the Onondaga County Court (William D. Walsh, J.), entered November 17, 2010. The order reversed in part and affirmed in part a judgment of the Syracuse City Court (Karen M. Uplinger, J.), entered April 26, 2010, and remitted for further proceedings.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Fahey and Sconiers, JJ.

■ In the Matter of RONNIE COVINGTON, Petitioner, v JOHN LEMPKE, Superintendent, Five Points Correctional Facility, Respondent. [944 NYS2d 713]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered Nov. 2, 2011) to review a determination of respondent. The determination found after a Tier II hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Centra, J.P., Peradotto, Sconiers and Martoche, JJ.